Vivian Y. Seton, *pro se*
13912 Castle Boulevard
Apt. 104
Silver Spring, MD 20904-4949
Telephone: 240-433-0002
Facsimile: 240-433-0002
Email: ladyseton2@aol.com

2006 MAY 17 P 12:07

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| Vivian Seton<br>13912 Castle Boulevard, Apt. 104<br>Silver Spring, MD 20904 | Civil Action No. DKC 06 CV 1246<br><br>**COMPLAINT**<br><br>Date:   May 16, 2006<br><br>Time: _____<br><br>Ctrm: _____<br><br>Judge: _____ |

Seton & Seton Co., Inc.
13912 Castle Boulevard, Apt. 104
Silver Spring, MD 20904-4949

Seton Manor Care
13912 Castle Boulevard, Apt. 104
Silver Spring, MD 20904-4949

and

Millennium Realty and Management
13912 Castle Blvd., Apt. 104
Silver Spring, MD 20904-4949

   Plaintiff(s),

 v.

LeMoyne D. Veney
United Gold Network, LLC
801 Brickell Avenue, 9th Floor
Miami, FL 33131

LeMoyne D. Veney
Emerging International Assets
5661 Lightspun Lane
Columbia, MD 21045
(jointly & severally)

LeMoyne D. Veney
Madison Capital Holdings, Inc.
325 Pennsylvania Avenue, S.E., Ste. 260
Washington, DC 20003
(jointly & severally)

William "Bill" Council
1014 Rhode Island Avenue
Washington, DC 20018

Roselyn Vilovar
Suntrust II Investments
801 Brickell Avenue, Ste. 9
Miami, FL 33131
(jointly and severally)

and

Forrest Sygman, Esq.
Forrest Sygman, P.A.
Union Planters Bank Bldg., Ste. 303
8603 South Dixie Highway
Miami, FL 33143
(jointly and severally)
       Defendant(s).

## BREACH OF CONTRACT

That on or about May 17, 2003, Plaintiffs entered into an agreement with LeMoyne D. Veney, representing United Gold Network, LLC., Emerging International Assets, Inc., Madison Capital Holdings, Inc. and William "Bill" Council representing himself. Said agreement contained language indicating that:

1. That Vivian Seton is ready, willing and capable of utilizing Fifty Thousand Dollars ($50,000.00) to secure a Bank Guarantee, to use as collateral to capitalize the project presented to Vivian Seton.

2. In return for the above-mentioned funding, and the issuance of the Bank Guarantee, United Gold Network, LLC. agrees to issue a membership subscription equivalent to twenty (20%) of equity share of United Gold Network. LLC. to Vivian Seton for a minimum period of one (1) year.

3. That after which, Vivian Seton will have the option annually of having membership subscription bought back by United Gold Network, LLC.

4. Also, in return for the above-mentioned funding, and the issuance of the Bank Guarantee, Vivian Seton will receive shares equivalent to twenty percent (20%) equity of Emerging International Assets, Inc. for a minimum period of 1 (one) year.

5. After which Vivian Seton will have the option annually of having shares bought back by United Gold Network, LLC.

6. That United Gold Network, LLC will pay a dividend equal to twenty (20%)) of the invested funds every Sixty (60) days until the equity share of --------- is sold back to United Gold Network, LLC.

7. That upon the establishment of (a) line of credit, United Gold Network, LLC. will provide all necessary funding for the properties known as:

   A.   7304 Georgia Avenue, NW, Washington, DC 20307

   B.   9900 Georgia Avenue, Silver Spring, MD 20902 (Parcel P-400 Joseph Park Subdivision Lib 6126/fol 272).

8. That after purchase, these properties will be held and owned one hundred percent (100%) by Vivian Seton, free and clear of any mortgage, or free from any participation from United Gold Network, LLC.

9. That upon establishment of (a) line of credit, United Gold Network, LLC. will transfer Seven Hundred Fifty Thousand ($750,000.00) to Vivian Seton

10. That United Gold Network, LLC will provide progress reports to Vivian Seton by telephone, e-mail or in person.

11. That the above shall constitute the complete and full understanding by and between both Vivian Seton and United Gold Network, LLC.

12. That if for any reason (the) Bank Guarantee is not received and monies are returned to Vivian Seton, all membership subscription/equity in the above-listed companies will be void, and by signing below, both parties agree to honor and carry out all that has been discussed regarding the project, and written herein.

13. That Defendants have repeatedly refused to return Plaintiff's funds and have fraudulently represented themselves and their goods and services.

14. That there is an investigation pending with the Maryland State Attorney General's Office, Securities Division.

15. That this Court has personal jurisdiction over this matter.

WHEREFORE, Plaintiffs seek a judgment awarding punitive and compensatory damages in the amount of $50,000,000.00 (fifty million dollars) plus costs, pre-judgment interest, and post judgment interest as this Court deems appropriate.

Respectfully submitted,

Dated: May 17, 2006

Vivian Seton, *pro se*
13912 Castle Boulevard
Apt. 104
Silver Spring, MD 20904
Telephone: 240-433-0002
Facsimile: 240-433-0002
Email: ladyseton2@aol.com